United States District Court
District of Massachusetts

_____
                                   )
**JUNE NURSE,**                    )
                                   )
         **Plaintiff,**            )
                                   )   **Civil Action No.**
         **v.**                    )   **04-10537-NMG**
                                   )
**SINGER & SENGER CENTER,**        )
                                   )
         **Defendant.**            )
_____)

## ORDER

**GORTON, J.**

    The Court has reviewed the Plaintiff's Show Cause Memorandum (Docket No. 7) and although she may have a cause of action in state court, particularly in small claims court, she has failed to show cause why this Court has jurisdiction over her claim which is, therefore, **DISMISSED.**

**So ordered.**

                                            /s/ Nathaniel M. Gorton
                                            Nathaniel M. Gorton
                                            United States District Judge

Dated November 18, 2004