UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NURSE - <br>    Plaintiff <br><br> v. <br><br> SINGER & SERGER CENTER - <br>    Defendant | CIVIL ACTION NO. <br> 1:04-CV-10537-NMG |

## CASE'S STATUS

The Plaintiff would like the Court to acquaint her with the head as occasion offered. Indeed, many things cried for attention simultaneously thunderously.

Respectfully submitted on Friday – November 25th – 2005.

JUNE NURSE
Pro Se.