UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 1:04-CV-10537-NMG

NURSE –
    Plaintiff

v.

SINGER & SERGER CENTER –
    Defendant

### PLAINTIFF'S MOTION FOR NEW TRIAL/HEARING

These would be the bases for the head:

01)    The Plaintiff would not comprehend the rationale/s for the Court's precocious dismissal of the case vis-à-vis the surrounding circumstances – *strict liability*. Did the Defendant ever make any submission on the case? Certainly, no! Why? The Court ought not to play <u>dual roles</u> in the course of administration of justice – the Attorney for the Defendant and the Judge. That lent itself to numerous conclusions, all things being equal. The importance of <u>impartiality</u> for purpose of administration of justice would not be over-emphasized. Indeed, the above-mentioned subject matched with the law! [28 U.S.C. Section 2515]

02)    The manners the Court had dealt with the case represented intentional deprivation of the Plaintiff Equal Protection and Due Process Clauses. It was a case, which associated with unconscionability and unjust enrichment, but the Court deemed it judicious to ignore it. When and where would it stop? Could the approaches be the mission and goal of justice? Could "… justice for all … prevail now? Perhaps, not! Well, the Plaintiff had done what would be expected of any reasonable and prudent person similarly situated with the Plaintiff. The ball would then be in the court of the Court. Consciously, it would act without partiality and not doing so would amount to treason – violation of the oath of office.

## CONCLUSION

Of course, the Court should feel its' burning! Who under the sun had been allergic to justice? Could United States' Law and Constitution be respected?

Respectfully submitted on Friday -- December 30th -- 2005.

_____
JUNE NURSE
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.

**CERTIFICATE OF SERVICE**

The Plaintiff did not serve the Defendant, because the Court knowingly over-protected and marginalized it from the case for inexplicable reason/s. That appeared unconstitutional and in stark violation of natural law!

_____
JUNE NURSE
Pro Se.