UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NURSE,<br>    Plaintiff<br><br>v.<br><br>SINGER & SERGER CENTER -<br>    Defendant | DOCKET NUMBER:<br>1:04-CV-10537-NMG |

## NOTICE OF APPEAL TO THE FIRST CIRCUIT

The Plaintiff did receive the Court's denial Order to 'Plaintiff Motion for New Trial,' though there was no trial in the first place dated January 11th and postmarked January 12th on Saturday – January 14th – 2006.

The Plaintiff would like the Court to act in keeping with the subject matter.

JUNE NURSE,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.

**Dated Saturday – January 14th – 2006.**