## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:

USDC Docket Number : 04-cv-10537

June Nurse

v.

Singer & Serger Center

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/17/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 10, 2006.

Sarah A. Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 2/10/06 .

_____

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10537-NMG

Nurse v. Singer & Serger Center
Assigned to: Judge Nathaniel M. Gorton
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 03/15/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**June Nurse**

represented by **June Nurse**
P.O. Box 1351
Boston, MA 02117-1351
PRO SE

V.

**Defendant**

**Singer & Serger Center**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by June Nurse.(Jenness, Susan) (Entered: 03/16/2004) |
| 03/15/2004 | 2 | COMPLAINT against Singer & Serger Center, filed by June Nurse.(Jenness, Susan) (Entered: 03/16/2004) |
| 03/15/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 03/16/2004) |
| 03/16/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 03/16/2004) |
| 06/25/2004 | 3 | Notice of Reassignment. Judge Nathaniel M. Gorton added. Judge Mark L. Wolf no longer assigned to case. Counsel are directed to the Court's Standing Orders re: Electronic Case |

| | | Filing. (Boyce, Kathy) Modified on 8/24/2004 (Boyce, Kathy). (Entered: 06/29/2004) |
|---|---|---|
| 06/25/2004 | | Case Reassigned to Judge Nathaniel M. Gorton. Judge Mark L. Wolf no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Boyce, Kathy) (Entered: 08/24/2004) |
| 08/21/2004 | 4 | Judge Mark L. Wolf : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. The clerk shall return the complaint to the undersigned for screening on the merits and summonses shall NOT issue pending completion of screening on the merits. Copy of order mailed to plaintiff. (Morse, Barbara) (Entered: 08/24/2004) |
| 09/16/2004 | 5 | Judge Nathaniel M. Gorton : ORDER entered. The complaint shall be dismissed pursuant to 28 U.S.C. s. 1915(e)(2) without further notice after thirty-five days from the date of this Order, unless before that time plaintiff demonstrates good cause, in writing why this case should not be dismissed for the reasons stated in the accompanying memorandum. (Weissman, Linn) (Entered: 09/17/2004) |
| 09/16/2004 | 6 | Judge Nathaniel M. Gorton : MEMORANDUM entered. Plaintiff's complaint is subject to dismissal and will be dismissed pursuant to 28 U.S.C. s. 1915(e)(2) without further notice after thirty-five (35) days from the date of the accompanying Order, unless before that time plaintiff shows good cause, in writing, why her complaint should not be dismissed for the reasons stated in this memorandum. (Weissman, Linn) (Entered: 09/17/2004) |
| 09/16/2004 | | Set Deadlines/Hearings: Show Cause Response due by 10/21/2004. (Weissman, Linn) (Entered: 09/17/2004) |
| 10/05/2004 | 7 | Proposed Document(s) submitted by June Nurse. Document received: Plaintiff's Jurisdiction Show Cause. (Barrette, Mark) (Entered: 10/07/2004) |
| 11/18/2004 | 8 | Judge Nathaniel M. Gorton : ORDER entered, case is Dismissed(Barrette, Mark) (Entered: 11/23/2004) |
| 11/23/2004 | | Civil Case Terminated. (Barrette, Mark) (Entered: 11/23/2004) |
| 11/28/2005 | 9 | STATUS REPORT by June Nurse. (Nici, Richard) (Entered: 12/01/2005) |
| | | |

| 01/05/2006 | 10 | MOTION for New Trial/Hearing by June Nurse.(Sonnenberg, Elizabeth) (Entered: 01/05/2006) |
| 01/11/2006 | ● | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 10 Motion for New Trial (Nicewicz, Craig) (Entered: 01/11/2006) |
| 01/17/2006 | 11 | Proposed Document(s) submitted by June Nurse. Document received: Notice of Appeal to the First Circuit (as a letter to the Court without the filing fee.) (Sonnenberg, Elizabeth) (Entered: 01/18/2006) |
| 01/17/2006 | 12 | NOTICE OF APPEAL by June Nurse. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/31/2006. (Sonnenberg, Elizabeth) Modified on 2/10/2006 (Ramos, Jeanette). (Entered: 02/10/2006) |
| 02/10/2006 | ● | Notice of correction to docket made by Court staff. Correction: Docket No. 11 corrected because clerk inadvertently chose the wrong event. Docket No. 12 is the correct event used for a Notice of Appeal. (Sonnenberg, Elizabeth) (Entered: 02/10/2006) |